UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Brian Pittman | : | Case No.: 1-18-cv-00717-MRB |
|---|---|---|
| Plaintiff, | : | Judge Michael R. Barrett |
| vs. | : | |
| Rogers Pavement Maintenance, Inc., *et al.* | : | **ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND SCHEDULING FAIRNESS HEARING** |
| Defendants. | : | |

WHEREAS, plaintiff Brian Pittman, individually and on behalf of a proposed Settlement Class pursuant to Rule 23 (collectively "plaintiffs"), and defendants Rogers Pavement Maintenance, Inc., Doug Rogers and Richard Rogers (collectively "defendants") have entered into a Settlement Agreement intended to resolve the litigation pending in this Court; and

WHEREAS, the Settlement Agreement, together with supporting materials, sets forth the terms and conditions for a proposed settlement and dismissal with prejudice of these actions against the defendants; and

WHEREAS, The Court has before it the Parties' Joint Motion for Preliminary Approval of Settlement Agreement, a copy of the proposed Settlement Agreement, and Order Scheduling Fairness Hearing and Memorandum in Support, the proposed Notice to the proposed Settlement Class, and the Settlement Agreement and supporting materials; and

WHEREAS, the Court is satisfied that the terms and conditions set forth in the Settlement Agreement were the result of good faith, arm's length settlement negotiations between competent and experienced counsel for both plaintiff and the defendants.

IT IS HEREBY ORDERED this  27th  day  July        , 2019, as follows:

1. The terms of the parties' Settlement Agreement are hereby conditionally approved, subject to further consideration thereof at the Fairness Hearing provided for below.

2. The Settlement Agreement between plaintiff and the defendants is adopted by the Court and made part of this order as if set out in full herein and is hereby preliminarily approved as fair, reasonable, and adequate.

3. The Court hereby certifies a Settlement Class consisting of all of defendants' nonexempt employees who worked at Rogers Pavement Maintenance, Inc. located at 11061 Deerfield Road, Cincinnati, Ohio 45242, from three years prior to the date of filing this action through the date of preliminary approval.

4. The Court approves the proposed method of dissemination of notice set forth in the Settlement Agreement. The notice plan meets the requirements of due process and is the best notice practicable under the circumstances. Subject to amendment if the need arises, the notice plan shall be mailed within seven (7) days of the entry of this Order.

5. The defendants are authorized to implement the notice plan and disseminate Notice to the Settlement Class Members in accordance with the terms of the Settlement Agreement and this Order.

6. Settlement Class Members may opt-out of the Settlement Agreement by submitting a written request for exclusion as provided in the Notice. The request for exclusion must be postmarked no later than thirty (30) days after the Notice Date and must include the individual's name, current mailing address, and a statement of the individual's intention to opt-out of the Settlement. Either the Settlement Class Member or a representative who has legal authority to sign for the Settlement Class Member must sign the written request for exclusion.

7. Any Settlement Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement Agreement must file with the Clerk of courts, and mail to the

addresses indicated in the Notice, no later than thirty (30) days after the Notice Date, a assigned letter containing the Settlement Class Member's name, current address, and the specific reasons why he or she objects to the Settlement (including any legal authorities).  The letter must also state whether the Settlement Class Member intends to appear at the Fairness Hearing, and if so, must contain any legal support the Settlement Class Member wishes to bring to the Court's attention and any evidence the Settlement Class Member wishes to introduce in support of the objection, as well as identify any documents he/she will seek to introduce or witnesses he/she intends to call at the Fairness hearing.

8. Any Settlement Class Member who files and serves a written objection in accordance with the procedure set forth above and in the Settlement Agreement may appear at the Fairness hearing to object to any aspect of the fairness, reasonableness, or adequacy of the Settlement Agreement.  A Settlement Class Member who does not timely file such a written objection may not be heard at the Fairness Hearing.

9. Any Settlement Class Member who does not properly and timely request exclusion from the Settlement shall waive and forfeit any and all rights the Settlement Class Member may have to opt-out of this Settlement.

10. The Fairness Hearing shall take place on October 1, 2019, at 11:00 a.m. in Courtroom 109, 100 East Fifth Street, Cincinnati, Ohio 45202.  At the Final Settlement Hearing, the Parties will request that the Court, among other things, (a) enter Judgment in accordance with this Agreement, (b) approve the Settlement Agreement as final, fair, reasonable, and adequate, (c) approve the Contribution Award proposed for Pittman pursuant to the Settlement Agreement, (d) order the defendants to process and pay all claims made by Class Members, and (e) order the release of the Class Members' claims pursuant to the Settlement

Agreement. Plaintiff's counsel will also request that the Court approve the payment of their reasonable attorneys' fees and expense reimbursement as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: _July 26th_____, 2019

/s/ Michael R. Barrett
UNITED STATES DISTRICT JUDGE